IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| MICHAEL JACKSON and<br>WESLEY AVILA,<br>Individually and on<br>Behalf of All Those Similarly Situated,<br>  *Plaintiffs*,<br><br>V.<br><br><br>POWERSAT COMMUNICATIONS<br>(USA) LP AND POWERSAT<br>COMMUNICATIONS (USA) GP LTD<br>  *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>CIV. NO. 2:20-cv-486 KRS/GJF<br><br>COLLECTIVE ACTION FILED UNDER<br>29 U.S.C. 216(b) |

## ORDER APPROVING SETTLEMENT AND
## DISMISSAL OF LAWSUIT WITH PREJUDICE

  THIS MATTER is before the Court on Plaintiffs' Unopposed Motion for Approval of FLSA Settlement, (Doc. 107).  On September 21, 2022, the Court held a hearing on the Motion, and counsel for both parties were present.  Having considered the Motion for Approval of FLSA Settlement, the Settlement Agreement and Release ("Agreement") and its corresponding exhibits, the Declaration of Collective Counsel, and the statements of counsel at the September 21, 2022 hearing, the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act.

  IT IS THEREFORE ORDERED AND ADJUDGED that the Agreement is APPROVED, including, but not limited to, the exhibits to the Agreement, the Service Awards to Plaintiff Jackson and Avila, and attorneys' fees and costs to Collective Counsel.

  IT IS FURTHER ORDERED that Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Agreement, including making, without further

approval of the Court, moderate extensions of time that do not alter effective dates, and/or minor changes to other exhibits that they jointly agree are reasonable or necessary.

IT IS FURTHER ORDERED that this case be and is DISMISSED with Prejudice and without attorney fees or costs, except as provided in the Agreement.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE